COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of M.A.B. IV v. Department of Family and Protective Services

Appellate case number:   01-15-00388-CV

Trial court case number:   2014-00044J

Trial court:                   314th District Court of Harris County

On July 22, 2015, we issued an order abating the appeal for the trial court to conduct a hearing to determine whether exhibits from the June 30, 2015 hearing were lost or destroyed. We also ordered the district clerk to comply with our previous July 17, 2015 order to supplement the appellate record with the relevant items requested by appellant and submitted to the district clerk on July 13, 2015.

On July 22, 2015, a supplemental reporter's and clerk's record were filed in this Court that include the missing exhibits and the items previously requested by appellant. This Court believes that the appellate record is now complete. Accordingly, we **withdraw** our July 22, 2015 order that abated the appeal, ordered the trial court to hold a hearing, and ordered the district clerk to comply with our previous order. Unless this Court receives notice and arguments why the record is not complete, the case will remain on the Court's active docket on July 28, 2015 and start the briefing deadlines, making Appellant's brief due on or before August 17, 2015. *See* TEX. R. APP. P. 35.3(c), 38.6.

Judge's signature: /s/ Rebecca Huddle
                           ☒ Acting individually     ☐ Acting for the Court

Date: July 24, 2015